**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and** | ) | |
| **LABORERS' WELFARE FUND OF THE** | ) | |
| **HEALTH AND WELFARE DEPARTMENT** | ) | |
| **OF THE CONSTRUCTION AND GENERAL** | ) | |
| **LABORERS' DISTRICT COUNCIL OF** | ) | |
| **CHICAGO AND VICINITY, and JAMES S.** | ) | |
| **JORGENSEN, Administrator of the Funds,** | ) | |
| | ) | **Case No. 18 C 2982** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Judge Charles R. Norgle, Sr.** |
| | ) | |
| **B & E AQUATICS, INC.,** | ) | **Magistrate Judge Weisman** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiffs, by their attorneys, file a notice of voluntary dismissal of this action against

Defendant B & E Aquatics, Inc., pursuant to Rule 41(a) of the F.R.Civ.P., and state that the

Defendant filed a petition under Chapter 7 of the Bankruptcy Code and this action is stayed while

that bankruptcy matter is pending.

Wherefore, Plaintiffs request that pending matters before this cause be dismissed, without

prejudice, subject to future refiling.

By:
/s/Sara S. Schumann
*One of Plaintiffs' attorneys*

Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

July 12, 2018

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 12, 2018, she caused a copy of the foregoing Notice of Voluntary Dismissal to be served electronically by filing it with the Court's EM/ECF system which will send notification of such filing and a link to access this document to all of those who have filed an appearance in this matter.


By: /s/ Sara S. Schumann